Matthew M. Durham (6214)
Chaunceton Bird (16402)
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone: 801-328-3131
matt.durham@stoel.com
chaunceton.bird@stoel.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REBECCA BLACKETT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BRAINSTORM, INC., a Delaware corporation,<br><br>    Defendant. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:21-cv-00415-JCB<br>Magistrate Judge: Jared C. Bennett |

Pursuant to DUCivR 83-1.4(b), Chaunceton Bird, of the law firm of Stoel Rives LLP, hereby notifies the Court, counsel, and parties, that he is withdrawing as counsel for defendant BRAINSTORM, INC. in the above-captioned action. BRAINSTORM, INC. continues to be represented by counsel, Matthew Durham, who is aware of the pending deadlines. No trial date has been set in this matter.

DATED:  March 25, 2022.

        STOEL RIVES LLP

        /s/ Chaunceton Bird
        Matthew M. Durham
        Chaunceton Bird

        *Attorneys for Respondent*