Matthew M. Durham (6214)
durham.matt@dorsey.com
Andrew T. James (*Admitted pro hac vice*)
james.andrew@dorsey.com
DORSEY & WHITNEY LLP
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111

*Attorneys for Defendant Brainstorm, Inc.*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REBECCA BLACKETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRAINSTORM, INC., a Delaware corporation,<br><br>Defendant. | **NOTICE OF ACKNOWLEDGEMENT OF STANDING ORDER IN CIVIL CASE**<br><br>Case No. 2:21-cv-00415-JNP-DBP<br>Honorable Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that Matthew M. Durham and Andrew T. James, counsel for Defendant Brainstorm, Inc. in the above-captioned action, certify that they have carefully read and will comply with the Court's *Standing Order in Civil Cases*, last updated February 13, 2018 (ECF No. 18).

DATED:   August 25, 2022

                                                DORSEY & WHITNEY LLP

                                                */s/ Matthew M. Durham*
                                                Matthew M. Durham (6214)
                                                durham.matt@dorsey.com
                                                Andrew T. James
                                                (Admitted pro hac vice)
                                                james.andrew@dorsey.com
                                                DORSEY & WHITNEY LLP
                                                111 South Main Street, Suite 2100
                                                Salt Lake City, Utah 84111
                                                Phone: (801) 933-4013

                                                *Attorney for Defendant Brainstorm, Inc.*