# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| REBECCA BLACKETT, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>BRAINSTORM, INC., a Delaware corporation,<br><br>        Defendant. | **AMENDED SCHEDULING ORDER**<br><br>Case No. 2:21-cv-00415-JNP-DBP<br><br>Judge: Jill N. Parrish<br><br>Magistrate Judge: Dustin B. Pead |

This matter came before the Court on the Parties' Stipulated Motion for Entry of Amended Scheduling Order ("Motion"). Based upon the agreement of the Parties, and for good cause otherwise appearing, the Court hereby GRANTS the Motion. (ECF No. 22.) The deadlines in the September 13, 2022 Scheduling Order are modified as follows:

| **DISCOVERY DEADLINE** | **CURRENT DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Close of Fact Discovery | September 30, 2022 | October 31, 2022 |
| Rule 26(a)(2) Expert Disclosures and Reports (Parties bearing burden of proof) | October 28, 2022 | November 28, 2022 |
| Counter Disclosures to Expert Disclosures and Reports | November 30, 2022 | December 30, 2022 |
| Expert Discovery Deadline | January 30, 2023 | March 2, 2023 |
| Deadline for filing Dispositive Motions | February 28, 2023 | March 30, 2023 |
| Evaluation of case for Settlement/ADR | September 30, 2022 | October 31, 2022 |

**If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date: April 6, 2023 at 2:00 p.m.**

**After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want to mediate. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 4th quarter of 2023.**

DATED this 14th day of September, 2022.

_____
Magistrate Judge Dustin B. Pead
United States District Court for the District of Utah